UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STAREVENTS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SMALL BUSINESS ADMINISTRATION, *et al.,* <br><br> *Defendants*. | Civil Action No. 22-0380 (JDB) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff StarEvents, Inc., and Defendants Small Business Administration ("SBA") and Isabella Casillas Guzman, in her official capacity as Administrator of the SBA, by and through the undersigned counsel, stipulate to the dismissal of this action without prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: October 14, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Jeffrey E. McFadden*
JEFFREY E. McFADDEN
D.C. Bar No. 434234
Law Offices of Jeffrey E. McFadden
312 Prospect Bay Drive East
Grasonville, MD 21638
(410) 490-1163
jmcfadden@jmcfaddenlaw.com

*Counsel for Plaintiff*

By: /s/ *Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar #1632338
Assistant United States Attorney
Civil Division
601 D Street NW
Washington, DC 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Counsel for Defendants*